# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:07R00121-01 |
| ) | |
| MELVIN JAMES SANFORD ) | |
| ) | |

**LEGAL HISTORY:**

On October 2, 2000, the above-named was placed on Supervised Release (from the Western District of Texas) for a period of 4 years, which commenced on January 17, 2007. Special conditions included: Pay any special assessment and fine imposed; Drug and alcohol treatment and testing; Refrain from any unlawful use of a controlled substance and submit to 1 drug test within 15 days of release and at least two periodic drug tests thereafter.

**SUMMARY OF COMPLIANCE:**

Mr. Sanford has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Sanford has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

**Re:**     **Melvin James SANFORD**
            **Docket Number:   2:07CR00121-01**
            **RECOMMENDATION TERMINATING**
            **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

                                             Respectfully submitted,

                                             /s/Glenn P. Simon
                                             **GLENN P. SIMON**
                                **Senior United States Probation Officer**

Dated:       February 22, 2010
             Sacramento, California
             GPS/cp

**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

APPROVED.

 Dated: March 16, 2010

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

cc:     AUSA Paul Andrew Hemesath (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)