PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:07CR00121-01** |
| ) | |
| **MELVIN JAMES SANFORD** ) | |
| ) | |

On October 2, 2000, the above-named was placed on Supervised Release for a period of 4 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON
Senior United States Probation Officer**

Dated:   March 15, 2010
         Sacramento, California
         GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:  Melvin James SANFORD**
   **Docket Number:   2:07CR00121-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

 Dated: March 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:     United States Attorney's Office